Daniel, J.
 

 The substance of the declaration consists in the charge made by the defendant, that the plaintiff had committed a felony, which charge, if true, would subject him
 
 *398
 
 to an infamous punishment. The words “you stole my Peasi” contain a sufficient charge of felony to support the action. The superadded words “ and I can prove it,” were not necesgary to support the declaration; they were words of aggravation, or as tending to shew malignity in the speaker. — ■ The first witness proved that the defendant spoke the words, which made up the
 
 gist
 
 of the declaration. The additional words, “ I can prove it by John Hodges,” were not by any means a material qualification of the charge. For if the plaintiff had stolen the defendant’s peas, he was equally guilty of a felony, whether the fact could be established by John Hodges or any other person. The defendant did not say that John Hodges had first spoken the words, and that he had only related what he had heard from Hodges, but the evidence was that he, the defendant, first spoke them, and then and there declared that he could establish the truth of them by the testimony of John Hodges. It seems to us, that the plaintiff would have been entitled to recover upon the testimony of the first witness : the evidence of Parker was but confirmatory of that given in by the first witness. The judgment must be affirmed.
 

 Per Curiam, Judgment affirmed.